UNITED STATES v. TEMAN
(1:25-cv-05424)

## LETTER MOTION TO UNSEAL GRAND JURY MATERIALS

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York

Your Honor,

I respectfully submit this letter motion requesting the immediate and complete unsealing of all grand jury transcripts relating to both the original indictment and the superseding indictment in this matter.

Earlier this week, I received from an individual--who identified themselves as a Department of Justice employee via Signal--a screenshot purporting to reflect portions of the superseding indictment. While I cannot independently verify the source, the contents are consistent with and further corroborate concerns I have repeatedly raised.

Specifically, the material indicates that the grand jury proceedings focused on allegations of check forgery, not on the online terms or contractual issues that have been central to the Government's public framing of this case. It further includes identity theft counts alleging misuse of the identities of "Victims 3 and 4" in connection with forged checks. This is materially different from the theory advanced publicly and constitutes a constructive amendment or, at minimum, a fatal variance undermining the integrity of the proceedings.

There is no legitimate basis for secrecy in this case. The alleged victims' identities are already public on the docket, and each testified in open court. None of the traditional justifications for grand jury secrecy apply.

The Court's continued insistence on secrecy must therefore be viewed in light of recent, highly troubling conduct involving grand jury materials in the Ghislane Maxwell matter. In that case, this Court represented that the transcripts were not newsworthy or in the public interest. That representation was demonstrably false. When the transcripts were ultimately released, they revealed--on Page 26--that other adults were joining Epstein and Maxwell in raping a child. The existence and identities of those adults are plainly of the highest public interest, including for the protection of the public and to enable accountability for individuals who committed acts of child rape in this very District.

It is further deeply concerning that the Department of Justice initially released those transcripts in fully redacted form--every line blacked out--despite publicly seeking their unsealing. Only after widespread public outrage did the DOJ release a version containing substantive information. This sequence makes clear that the DOJ was not acting in good faith when it represented that it sought transparency.

That same pattern--mischaracterizing grand jury materials, minimizing their importance, and then attempting to prevent meaningful public access--appears to be repeating here.

In my case, there is no conceivable secrecy interest. The only logical explanation for the continued refusal to unseal the grand jury transcripts is that their contents do not align with the representations that have been made about this case.

If the grand jury proceedings are consistent with the Government's position, there is no reason to keep them hidden. If they are not, then continued sealing serves only to conceal a fundamental defect in the prosecution.

Accordingly, I respectfully request that the Court order the Southern District of New York Court Reporters to produce any and all grand jury transcripts relating to indictments against Ari Teman, including but not limited to those from April 2019 onward, fully unredacted, and that such transcripts be immediately unsealed.

**A denial of this motion--despite the absence of any legitimate secrecy interest--will further reinforce the appearance that the contents of the grand jury proceedings are being withheld because they contradict the narrative advanced by the Government and by the Court.**

In plain English: If you aren't lying about their content, you will order the Court Report to release the indictment and superseding indictment today.

Respectfully submitted,
s/Ari Teman/
Ari Teman
Pro Se

March 20, 2026

---

**PROPOSED ORDER**

In the interest of public trust and the integrity of the judicial process, and because there are no victims or witnesses whose identities remain confidential, it is hereby:

ORDERED that the Southern District of New York Court Reporters shall produce any and all grand jury transcripts related to cases brought by the United States against Ari Teman, including but not limited to transcripts from April 2019 onward; and it is further

ORDERED that such transcripts shall be unsealed in full and provided to Defendant Ari Teman without redaction.

SO ORDERED.

On July 8, 2025, the Court stayed this case under the fugitive disentitlement doctrine.  Dkt. 11.
Teman has since not shown, or even attempted to show, that he is no longer a fugitive.  The
Court thus denies this request.

SO ORDERED.

Date:  March 23, 2026
        New York, New York

PAUL A. ENGELMAYER
United States District Judge